371 A.2d 523
Wenrich v. Fioriglio (et al., Appellant).

Argued September 13, 1976. Alfred S. Pierce, with him Teel, Stettz, Shimer & DiGiacomo, for appellant; Jackson M. Sigmon, with him Sigmon, Littner & Ross, for appellee.

Judgment affirmed.

371 A.2d 524
Wilson et ux., Appellants, v. Berry et al.

Argued September 15, 1976. Thomas B. Rutter, with him Rubin Mogul, for appellants; William H. Bradbury, III, with him William H. Kinkead, III, for appellees.

Judgment and order affirmed.